UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID C. ROSAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>    Defendants. | Case No. 21-cv-06179-JST<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: ECF Nos. 6, 9, 14 |

The Sonoma County Defendants[1] and City Defendants[2] filed motions to dismiss on September 28, 2021 and September 29, 2021. ECF Nos. 9, 14.[3] Defendants filed certificates of service indicating that Plaintiff David C. Rosas was served by mail with the notice of Defendants' motions to dismiss and supporting papers on September 28, 2021 and September 29, 2021. ECF Nos. 9-2, 14-2. Sonoma County Defendants' motion to dismiss was also electronically mailed to Rosas. ECF No. 14-2. As of today's date, however, Plaintiff Rosas has not filed an opposition to either motion.

It appears that Plaintiff Rosas is no longer actively litigating this case. On or before November 15, 2021, Rosas shall explain in writing why the Court should not dismiss this case with prejudice for failure to prosecute.

---

[1] "Sonoma County Defendants" include the County of Sonoma, Jill Ravitch, Jessica Washington, and Spencer Brady.

[2] "City Defendants" include the City of Santa Rosa, sued as City of Santa Rosa City Council, Santa Rosa Police Department Officer Gavin Holzapfel, and Santa Rosa Police Department Property Evidence Technician Lisa Hansen.

[3] Sonoma County Defendants' motion at ECF No. 14 superseded their motion at ECF No. 6.

The hearings on Defendants' motions to dismiss are vacated.

**IT IS SO ORDERED.**

Dated: November 9, 2021



JON S. TIGAR
United States District Judge

2