1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

DAVID C. ROSAS,

Case No. 21-cv-06179-JST

8

Plaintiff,

9

v.

**ORDER DISMISSING CASE WITH PREJUDICE**

10

CITY OF SANTA ROSA, et al.,

Re: ECF No. 50

11

Defendants.

12
13          On June 15, 2022, the Court granted the City Defendants' and the County Defendants'

14   motions to dismiss.  ECF No. 50.  The Court dismissed without prejudice Plaintiffs' claims and

15   made clear that any amended complaint was due "within thirty days from the date of this order," in

16   this case, July 15, 2022.  *Id.* at 11.  The Court's order stated that "[f]ailure to do so . . . will result

17   in dismissal with prejudice under Rule 41(b) of the Federal Rules of Civil Procedure, which means

18   that [Plaintiff] will not be allowed to pursue this claim any further."  *Id.* at 11-12.  Plaintiff did not

19   file an amended complaint.  Accordingly, the case is dismissed with prejudice.  The clerk shall

20   enter judgment and close the file.

21          **IT IS SO ORDERED.**

22   Dated: August 25, 2022

23   _____

24   JON S. TIGAR
     United States District Judge

25
26
27
28

United States District Court
Northern District of California